```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

SHAWN KENNETH HONAKER                                          PLAINTIFF

            v.           Civil No. 11-5002

DEPUTY KING; LT. CARTER;
SGT. FINNEGAN; and CPT. HOLLY                                 DEFENDANTS

## ORDER

Now on this 8th day of February, 2012, comes on for consideration the **Report And Recommendation of the Magistrate Judge** (document #35), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** (document #35) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that this matter is **dismissed based on plaintiff's failure to obey the order of the Court and his failure to prosecute this action**.  Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                       JIMM LARRY HENDREN
                                       UNITED STATES DISTRICT JUDGE